AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of **New Jersey**

| | |
|---|---|
| Felicia Stokley<br>　　　　Plaintiff (s),<br>V.<br>Lazarus Financial Group, Inc.<br>　　　　Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:15-cv-06897-ES-JAD |

Notice is hereby given that, subject to approval by the court, **Felicia Stokley** substitutes
(Party (s) Name)

**Daniel Zemel**, State Bar No. **111402014** as counsel of record in
(Name of New Attorney)

place of **David R. Cubby**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　　The Law Offices of Michael Lupolover, P.C.
　　Address:　　　　120 Sylvan Ave, Suite 300
　　Telephone:　　　(201) 461-0059　　　　　Facsimile (201) 608-7116
　　E-Mail (Optional): DZ@lupoloverlaw.com

I consent to the above substitution.
Date: 10/27/15　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date: 10/28/2015　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/26/2015　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]